EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                      | 2024 TSPR 88 |
|-------------------------------------------------------------|--------------|
| Extensión de términos ante el paso de la Tormenta Tropical Ernesto | 214 DPR ___ |

Número del Caso: EM-2024-0011

Fecha: 13 de agosto de 2024

Materia: Extensión de términos ante el paso de la Tormenta Tropical Ernesto

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos ante            EM-2024-0011
el paso de la Tormenta
Tropical Ernesto

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de agosto de 2024.

Ayer, 12 de agosto de 2024, el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical para todo Puerto Rico. En vista de la situación climatológica, se decretó la suspensión de los trabajos en el Poder Judicial a partir de las 12:00 p.m. de hoy, hasta el jueves, 15 de agosto de 2024, cuando se reanudarán las operaciones si las condiciones del tiempo lo permiten.

Como resultado de lo anterior, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a esos procedimientos, se decreta que aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. En consecuencia, se considerarán el 13 y el 14 de agosto de 2024 como si fueran días feriados. Cualquier término que venza en estas fechas se extenderá hasta el jueves, 15 de agosto de 2024 o hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales y así se anuncie.

Se decreta además que todo término que dispone el Reglamento del Programa de Educación Jurídica Continua, 4 LPRA Ap. XVII-F, se extenderá por igual periodo.

Se ordena la difusión pública e inmediata de esta Resolución.

Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales y a la Directora del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo